# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

| IN THE MATTER OF: | CHAPTER 13 CASE: |
|---|---|
| Ashely Matthews<br>6260 Vera Lane<br>Olive Branch, MS 38654-6494 | 14-13801 |

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| Asbury Place Home Owners Assoc. | c/o Law Office of Jocelyn Henderson<br>200 Jefferson Ste 1500<br>Memphis, TN 38103-2656 | $23.00 |

DATED: March 7, 2018

Respectfully submitted,
Locke D. Barkley, Trustee
6360 I-55 North
Suite 140
Jackson, MS 39211
(601) 355-6661

CC: North MS Bankruptcy Group